No. 01–5630. DAVIS v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 01–5632. CHAMBERLAIN v. SHANKS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–5636. KEE v. EQUIFAX SERVICES, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–5637. LEE v. ROMINE. C. A. 3d Cir. Certiorari denied.

No. 01–5641. LYNCH v. SHIELDS, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–5651. GARDNER v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 01–5658. D'AGOSTINO v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–5659. DOWNS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 01–5660. GUYTON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–5662. ARANDA v. SHAW, DEPUTY SHERIFF, ET AL.; and ARANDA v. KEY ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 250 F. 3d 740.

No. 01–5664. EURY v. FIELDS ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–5665. CUNNINGHAM v. NATIONAL BROADCASTING CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–5667. CANTA v. HOLMES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–5670. SINGSON v. ADAMS, WARDEN. C. A. 9th Cir. Certiorari denied.